COURT OF CRIMINAL APPEALS OF TEXAS

69,858-18

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

RE: Jurisdiction

I FILED A ARTICLE 11.073 ON OCTOBER 10TH, 2014 SOME WHERE DOWN THE LINE THE 185th DECIDED THAT IT WAS AN APPEAL SO THEY GAVE THE CASE TO THE FOURTEENTH COURT OF APPEALS AND NOW THEY WONT MONEY, I SAY THAT THEY DID NOT HAVE JURISDICTION ON MY 11.073 WRIT OF HABEAS CORPUS. I just GOT THIS IN THE MAIL MARCH 10th 2015 just AS IN THE 2ND JUDICIAL DISTRICT COURT OF HARRIS COUNTY THERE supposed TO go by THE PROCEDURE OF CHAPTER 11 OF THE CODE OF CRIMINAL PROCEDURE ARTICLE'S 11.05, 11.07, 11.071, 11.072, AND 11.073 THE RULES OF HABEAS CORPUS TO which THEY HAD 35 days TO DESIGNATION OF THE ISSUES TO BE RESOLVED! JUST AS COURT ROOM NO 2, AND NO 8 REFUSE TO OBEY THE RULES OF HABEAS CORPUS THEY ARE NOT TO SEND IT TO ANY OTHER COURT BUT TO THE COURT OF CRIMINAL APPEALS OF TEXAS AND SHOW SOME KINDA Body FLUIDS USED IN TESTING FOR THE PRESENTS OF ALCOHOL WITHIN MY body!

RESPECTFULLY SUBMITTED

Donald Wayne Herod

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX, 78102



# MANDATE

## The Fourteenth Court of Appeals

### NO. 14-14-00911-CR

Donald Wayne Herod, Appellant

v.

The State of Texas, Appellee

Appealed from the 185th District Court of Harris County. (Tr. Ct. No. 476691). Opinion delivered Per Curiam.

**TO THE 185TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on December 9, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS,** the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, March 6, 2015.

**CHRISTOPHER A. PRINE, CLERK**



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

Direct Dial Line:

DONALD WAYNE HEROD #1538539
MCCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TEXAS 78102

**Memorandum response to correspondence received: 02/16/15**

Re: Cause No(s) **0677275.**

Dear **Mr. Donald Wayne Herod,**

☒ Your motion/request **for Application of Article 11.073 Writ of Haveas Corpus** was filed with the District Clerk and on **01/23/2015** the Court:

☐ Took no action     ☒ Denied your Motion/Request     ☐ Granted your motion/request

☐ Took action     ☐ Advised attorney of record     ☐ Other

☒ Other: **Please see attached documents.**

**CHRIS DANIEL, District Clerk**

By:   BJB
    Clerk in the County Criminal Court at Law No. 2

CAUSE NO# 0677275

DONALD WAYNE HEROD          §   IN THE 2nd JUDICIAL DISTRICT
                           §       COURT OF
VS.                        §     HARRIS COUNTY, TEXAS
THE STATE OF TEXAS         §

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 JAN 20 AM 9:56
BY _____ DEPUTY
ASSIGNMENT PROCESSING

egp/14/998/eg
egp/13/999/eg

## MOTION FOR APPLICATION OF ARTICLE 11.073
## WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DONALD WAYNE HEROD #1538539, RELATOR PRO SE IN THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION AND FILES THIS ARTICLE 11.073 WRIT OF HABEAS CORPUS TCCP, AND WOULD SHOW THE COURT THE FOLLOWING:

### HISTORY

BACK IN 1982 THE DRIVING WHILE INTOXICATED LAWS WERE UNDER CIVIL STATUTE ARTICLE 6701l-1, AND THE BLOOD ALCOHOL CONCENTRATION LEVELS WERE 0.10%! NO TEST WAS EVER GIVEN OR PREFORMED by ANYONE NOT EVEN THE HORIZONTAL GAZE NYSTAGMUS, AS UNDER THE TRANSPORTATION CODE § 724.002 (4) GROUNDS, ARREST. WHERE IS THE GROUNDS FOR ARREST FOR DWI AT! BETTER THAN THAT I REFUSED TESTING! UNDER CODE OF CRIMINAL PROCEDURE ARTICLE 18.01 WHICH WAS ENACTED IN 1965, 59th LEG., VOL 2, p.317, ch.722 UNDER THIS A PERSON CANNOT REFUSE TESTING, A MAGISTRATE IS SUPPOSE TO ISSUE A SEARCH WARRANT TO COLLECT A BLOOD SAMPLE! WHERE IS IT THE SEARCH WARRANT OR ANY TOXICOLOGY TEST ON BLOOD SAMPLE AT! WHERE IS THE POLICE OFFICERS VIDEOTAPE FROM HIS CAR THAT WOULD SHOW DONALD WAYNE HEROD ON THE 12-01-1982 INTOXICATED AS HAVING A BLOOD ALCOHOL CONCENTRATION LEVEL OF AT LEAST 0.10% OR HIGHER! THE STATE MUST SHOW REASONABLE GROUNDS FOR ARREST AND SOME KINDA TESTING THAT WOULD SHOW I WAS INTOXICATED,

## PRAYER FOR RELIEF

RELATOR REQUEST THAT THIS WRIT OF HABEAS CORPUS BE GRANTED IN FULL AND ANY OTHER RELIEF ALLOWED by LAW

EXECUTED ON THIS 10TH DAY OF DECEMBER, 2014

RESPECTFULLY SUBMITTED,

Donald Wayne Herod

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 South Emily DRIVE
BEEVILLE, TX. 78102

## INMATES UNSWORN DECLARATION

I DONALD WAYNE HEROD #1538539, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTIONAL DIVISION ON THE McCONNELL UNIT IN BEEVILLE, TX. HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FORE GOING TO BE TRUE AND CORRECT

EXECUTED ON THIS 10TH DAY OF DECEMBER, 2014

RESPECTFULLY SUBMITTED,

Donald Wayne Herod

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 South Emily DRIVE
BEEVILLE, TX. 78102

1-20-15

WRIT DENIED WITHOUT A HEARING  W. Harris

# COURT OF CRIMINAL APPEALS OF TEXAS

RE: PROCEDURES, RULES, AND REGULATIONS

TO THE HONORABLE JUDGES OF SAID COURT:

BOTH COURTS THE SECOND JUDICARY DISTRICT COURT OF HARRIS COUNTY, TEXAS, AND THE EIGTH JUDICARY DISTRICT COURT OF HARRIS COUNTY, TEXAS, REFUSE TO GO BY CHAPTER 11 OF THE CODE OF CRIMINAL PROCEDURES OF HABEAS CORPUS! ON THE 2nd JUDICARY DISTRICT COURT, CAUSE NO# 0677275 THEY JUST DENIED MY WRIT BUT THEY CANNOT THEY WERE SUPPOSE TO WRITE A FACT FINDING AND CONCLUSION OF LAW AND SEND IT TO YALL, JUST LIKE THE OTHERS, THE EIGTH JUDICARY IS SUPPOSED TO DUE THE SAME CAUSE NO.# 0782792. NOW HONORABLE JUDGES IN THE 337 DISTRICT, 339 DISTRICT, 230 DISTRICT, 351 DISTRICT, AND THE 185 DISTRICT COURT I HAVE FILED UNDER 11.073 WRIT OF HABEAS CORPUS ARGUEING WHAT HAPPENED TO THE BLOOD TEST AS IN THE CODE OF CRIMINAL PROCEDURE ARTICLE 18.01, AND THE TRANSPORTATION CODE §724., AND §724.012! BUT THE SECOND DISTRICT, AND THE EIGTH DISTRICT COURTS ARE MISTERMEANOR COURTS BUT AS I HAVE FILED IT UNDER ARTICLE 11.073, THAT SHOULD HAVE PUT IT BACK IN YALLS COURT ROOM! SHOULDNT IT PLEASE TELL ME IF I'M WRONG! I HAVE FILED SUPPLEMENTS IN ALL OF THESE COURT ROOM'S.

RESPECTFULLY SUBMITTED

*Donald Wayne Herod*

DONALD WAYNE HEROD #1538539

McCONNELL UNIT

3001 South EMILY DRIVE

BEEVILLE, TX, 78102

MARCH 11th, 2015